No. 66852.—Winter, Wolff & Co., Inc. *v.* United States, protests 61/11216 and 61/18157 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of sterilized blue collar pin nails and electrogalvanized collar pin nails, the claim of the plaintiff was sustained.

No. 66853.—Alexanders Dept. Stores, Inc. *v.* United States, protest 315656–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon traveling bags similar in use to leather traveling bags and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.